# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2421
_____

LEMUEL L. COLE,

Appellant,

v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

Appellee.

_____


On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.


January 31, 2024

PER CURIAM.

DISMISSED. *See Wagner v. McDonough*, 927 So. 2d 216, 217
(Fla. 1st DCA 2006).

ROBERTS, KELSEY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Lemuel L. Cole, pro se, Appellant.

Ashley Moody, Attorney General, and Brian R. Flynn-Fallon, Assistant Attorney General, Tallahassee, for Appellee.